# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Niles Gollick Sr.<br>aka Thomas Gollick<br>aka Thomas N Gollick, Sr<br>aka Tom Golleck<br><br>**Debtor** | BK NO. 18-03319 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                             Respectfully submitted,

                                               **/s/ James C. Warmbrodt, Esquire**
                                               James C. Warmbrodt, Esquire
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA  19106
                                             215-627-1322