| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Thomas Niles Gollick, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number (if known) | **1:18-bk-03319** |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
   | **For the calendar year before that:** (January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips | **$241.00** | ☐ Wages, commissions, bonuses, tips | |
   | | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | Debtor 2 **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | 2018 Social Security Benefits | $14,749.00 | | |
| | 07/20/2018 Federal Disability Arrearage Payment | $15,624.00 | | |
| **For last calendar year:** (January 1 to December 31, 2017 ) | 2017 Pension Benefits | $6,000.00 | | |
| | 2017 Social Security Benefits | $24,792.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2016 ) | 2016 Pension Benefits | $34,581.00 | | |
| | 2016 Social Security Benefits | $32,925.00 | | |
| | 2016 Unemployment Benefits | $14,638.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Pennian Bank**<br>**2 N Main St**<br>**Mifflintown, PA 17059-1003** | **05/18 $500.00;**<br>**06/18 $500.00;**<br>**07/18 $500.00** | **$1,500.00** | **$89,567.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Citizens One Auto Finance**<br>**1 Citizens Plz**<br>**Providence, RI 02903-1344** | **07/18 $636.54;**<br>**06/18 $636.54;**<br>**05/18 $636.54** | **$1,909.62** | **$7,506.76** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Bank of America**<br>**PO Box 31785**<br>**Tampa, FL 33631-3785** | **05/10/18 $900.00** | **$900.00** | **$7,825.28** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Debtor's Mother** | **07/24/18** | **$1,900.00** | **$0.00** | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Cavalry SPV I, LLC as assignee of Citibank NA v. Thomas N. Gollick Sr.**<br>**187-2018** | **Civil Action** | **Juniata County Court of Common Pleas**<br>**26 N Main St**<br>**Mifflintown, PA 17059-1003** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Case 1:18-bk-03319-HWV   Doc 12   Filed 08/14/18   Entered 08/14/18 08:55:28   Desc
Main Document     Page 3 of 48

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

- ■ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ■ No
- ☐ Yes

### Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ■ No
- ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you

consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **James P. Sheppard, Esquire 2201 N 2nd St Harrisburg, PA 17110-1007** | | **07/27/2017** | **$4,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Case 1:18-bk-03319-HWV    Doc 12    Filed 08/14/18    Entered 08/14/18 08:55:28    Desc
Main Document      Page 5 of 48

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ■ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ■ No
    ☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

■ **No. None of the above applies. Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Thomas Niles Gollick, Sr.**

**Thomas Niles Gollick, Sr.**                                            **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **July 27, 2018**                                                Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Case 1:18-bk-03319-HWV    Doc 12    Filed 08/14/18    Entered 08/14/18 08:55:28    Desc
Main Document    Page 7 of 48

| Debtor 1 | **Thomas Niles Gollick, Sr.** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION | | |
| Case number (if known) | 1:18-bk-03319 | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $ 107,550.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................................... | $ 28,406.22 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $ 135,956.22 |

### Part 2:  Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $ 133,122.45 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 7,704.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ 32,124.77 |
| | **Your total liabilities** | $ 172,951.22 |

### Part 3:  Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $ 4,044.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $ 3,630.33 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.   **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 3,956.70

9.   **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 7,704.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 7,704.00 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 1:18-bk-03319-HWV     Doc 12     Filed 08/14/18     Entered 08/14/18 08:55:28     Desc
Main Document     Page 9 of 48

| Debtor 1 | **Thomas Niles Gollick, Sr.** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number | **1:18-bk-03319** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1

**158 Farm Dr**
_____
Street address, if available, or other description

**Thompsontown**    **PA**    **17094-8963**
City      State      ZIP Code

**Juniata**
_____
County

**What is the property?** Check all that apply

☑ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Real estate at and known as 158 Farm Drive, Thompsontown, Juniata County, Pennsylvania 17094, used as residence. Property purchased for $120,000.00 on January 16, 2014, CMA by Hower and Associates indicates a fair market value range, $159,000.00 to $179,000.00, Debtor believes the $159,000.00 is accurate. That figure less 10% theoretical liquidation results in $143,100.00, the fair market value indicated.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property_.

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$143,100.00** | **$71,550.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy in Common**

☐ **Check if this is community property** (see instructions)

1.2 **If you own or have more than one, list here:**

**1809 Willow Rd**
Street address, if available, or other description

**Carlisle          PA    17013-1166**
City                State   ZIP Code

**Cumberland County**
County

**What is the property?** Check all that apply

☐ Single-family home

☑ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**          **Current value of the portion you own?**
$36,000.00                                            $36,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Real estate at and known as 1809 Willow Road, Carlisle, Cumberland County, PA 17013, a property which had been sold on a sales agreement but which was abandoned and now remains in Debtor's name. Attached is a letter from Fred Noye, agent for Hower and Associates Realtors and he indicates that in its current state of disrepair it would be sold at $30,000.00 to $36,000.00. Debtor will surrender this property.**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**    $107,550.00

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1   Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**2013 Chevy Silverado Truck
94,000 Miles - Fair Condition**

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**          **Current value of the portion you own?**
$17,307.00                                            $17,307.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>**    $17,307.00

**Part 3:  Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

> Refrigerator/Freezer $150.00; Stove $100.00; Dishwasher $75.00; Table and Chairs $100.00; TV $50.00; Bed, Dresser, Chest of Drawers $200.00; Filing Cabinet $20.00; Recliner $10.00; Tool Box with Tools $100.00; Lawn Tractor $500.00; Yard Tools $40.00; Hand Tools $100.00; Miscellaneous Household Goods and Furnishings $150.00; Miscellaneous Decorations and Decor $150.00

**$1,745.00**

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

> **Cell Phone**

**$100.00**

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

> **Clothing and Wearing Apparel**

**$150.00**

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

> **Miscellaneous Jewelry**

**$20.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

Case 1:18-bk-03319-HWV     Doc 12     Filed 08/14/18     Entered 08/14/18 08:55:28     Desc
Main Document     Page 12 of 48

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................................................

| | $2,015.00 |
| --- | --- |

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ☐ No
     ■ Yes...................................................................................................

|                 | Cash and Coin | $10.00 |
| --- | --- | --- |

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes........................                                 Institution name:

| 17.1.  **Checking Account** | Checking Account-Joint | $9,074.22 |
| --- | --- | --- |

18.  **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes..................                    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
     ■ No
     ☐ Yes.  Give specific information about them....................
                              Name of entity:                                      % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ■ No
     ☐ Yes. Give specific information about them
                              Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ■ No
     ☐ Yes. List each account separately.
                              Type of account:                    Institution name:

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ■ No
     ☐ Yes. ....................                    Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ■ No
     ☐ Yes.............       Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ■ No

☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29.  Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
          Company name:                              Beneficiary:                        Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 1:18-bk-03319-HWV     Doc 12     Filed 08/14/18     Entered 08/14/18 08:55:28     Desc
Main Document      Page 14 of 48

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................    | $9,084.22 |

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**
  ☑ No. Go to Part 6.
  ☐ Yes.  Go to line 38.

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
    If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ☑ No. Go to Part 7.
  ☐ Yes.  Go to line 47.

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
  ☑ No
  ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | $0.00 |

---

**Part 8:**    **List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2** ...................................................................................................    | $107,550.00 |

56.  **Part 2: Total vehicles, line 5**    $17,307.00
57.  **Part 3: Total personal and household items, line 15**    $2,015.00
58.  **Part 4: Total financial assets, line 36**    $9,084.22
59.  **Part 5: Total business-related property, line 45**    $0.00
60.  **Part 6: Total farm- and fishing-related property, line 52**    $0.00
61.  **Part 7: Total other property not listed, line 54**    +    $0.00

62.  **Total personal property.** Add lines 56 through 61...    $28,406.22    Copy personal property total    $28,406.22

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    | $135,956.22 |

---



# Hower & Associates

24052 Route 35 North ✧ Mifflintown, PA 17059
Telephone: 717.436.8200   Fax: 717.436-8205
Branch Offfice: 33 W. Third Street ✧ Lewistown, PA 17044
Telephone: 717.248.9753   Fax: 717.248-3199
**www.hower.cc**

July 5, 2018

Mr. Tom Golleck
158 Farm Lane
Thompsontown, Pa. 17094

    RE:  CMA for 158 Farm Lane

I am enclosing a CMA for Referenced property. I have also enclosed a data sheet for the property at 10279 Route 35 S due to the data sheet in Multi-list generated comparsion did not have a photo for some reason.

Based on this data I would suggest 158 Farm Lane could be listed at a high of $179,000.00.  A low would be 159,000.00.  One would expect it to close at 93 to 95 % of list.  Tom and I discussed some to the curb appeal issues. Also the basement has some work to be done also. It would be most likely advisable to not list at the high end.

Thank you for the opportunity to assist in this way. Please contact me with any questions.

           Sincerely,

           J. Allen Zendt, Realtor
           717-994-3840
           allen@howerre.com

**10279 Route 35 S Honey Grove, PA 17035**

**MLS #: R24773S (Sold)**  **List Price: $188,000**

**Sold Date: 3/19/2018**

**Sold Price:** $150,000



| | |
|---|---|
| **Bedrooms:** 3 | **For Sale or Lease:** For Sale |
| **Total Baths:** 2 | **Unit #:** |
| **Total Full Baths:** 2 | **County:** Juniata |
| **Total Half Baths:** 0 | **Township/Borough:** Tuscarora |
| **Year Built:** 1970 | **Elementary School:** Lack-Tuscarora |
| **House Age:** 47 | **Middle School:** Tuscarora |
| **Total AG SqFt:** 1640 | **High School:** Juniata High School |
| **Total BG SqFt:** 1640 | **Apx Acres:** 7.2 |
| **Finished BG SqFt:** 0 | **Lot SqFt:** |
| **New Construction:** | **Frontage Ft:** |
| | **Depth Ft:** |
| | **Zoning:** None |
| | **Flood Zone:** C or X |

**Parcel #:** J-16-10-014; 021 & 032     **Deed Book/Page:** 136/050     **Assoc Fee:**

**Assessments:**     **Terms:**     **Assessed Value:** 27560

**City/Municipal Taxes:**     **School Taxes:**     **Taxes:** 2393.00     **Tax Year:** 2017     **Assoc Fee:**

**Legal:** DB 142/845; 144/089

**# Garage Stalls:** 2     **Garage SqFt:** 528     **Garage:** Attached

**Driveway:** Asphalt, Gravel     **Street Access:** Public

**Exterior Property Features:** Rural, Wooded

| Floor/Level | Room | Size | Description/Special Features |
|---|---|---|---|
| Main | Living | | Hardwood, FP w/insert |
| Main | Dining | | Hardwood, Slider to screen porch |
| Main | Kitchen | | |
| Main | Laundry | | Mudroom, Garage entry |
| Main | Master Bedroom | | Hardwood |
| Main | Master Bath | | Tile, Vinyl, Shower |
| Main | Bedroom | | Hardwood |
| Main | Bedroom | | Hardwood |
| Main | Full Bath | | Tile, Vinyl |

**# Fireplaces:** 0     **Fireplace Fuel:** Wood

**# Wood Stove:** 1     **Stove Fuel:** Wood

**Amenities:** Fireplace-Stone, Garage Door Opener, Master Bath, Mudroom, Porch-Covered

| | |
|---|---|
| **House Style:** Ranch | **Sewer Type:** On Site |
| **Exterior:** Aluminum | **Water Type:** Private Well |
| **Roof:** Asphalt Shingle | **Water Softener:** None |
| **Basement Details:** Full Basement Unfinished | **A/C Type:** Window |
| **Attic:** Scuttle | **Heat Type:** Radiant (Ceiling) |
| | **Fuel Type:** Electric |

**Description/Public Comments:** Craving Privacy? Serene, private wooded setting brings nature to your door. 7.2 acres. Spacious ranch affords you a forever home. Well-maintained but retains original character. Beautiful hardwood floors. Plaster ceilings. Plaster, panel walls. 2-car attached garage. Great rear screened porch invites entertaining. This parcel is wooded & wildlife is noted as being abundant. Need more land or living space? Adjoining 520 SF cabin on 2.91 acres is offered for sale. Great in-law possibility!

**Included:** Stove, Refrigerator, Dishwasher, Washer & Dryer, Freezer, Small Freezer, Air Conditioner, Basement Refrigerator

**Not Included:**

**Instructions/Directions:** Rt 35 S approx 15 miles to Anderson Ridge, property on R

Information Herein Deemed Reliable but Not Guaranteed

MLS #: R24773S

| | Prepared For | Prepared By |
|---|---|---|
| | Tom Golleck | Allen Zendt |
| | 158 Farm Lane | Jack Gaughen Network Services Hower & Associates |
| | Thompsontown, Pa. 17094 | (717) 994-3840 |
| | | (717) 994-3840 |

### Statistics
### (4 listings)

| | Low | High | Average | Median | Total |
|---|---|---|---|---|---|
| List Price | $144,900 | $188,000 | $166,825 | $167,200 | $667,300 |
| Selling Price | $140,000 | $174,500 | $155,625 | $154,000 | $622,500 |
| Sold/List(%) | 79.79% | 100.00% | 93.80% | 97.72% | -- |
| Price/SqFt ($) | $91.46 | $141.64 | $114.29 | $112.00 | -- |
| Days on Market | 2 | 120 | 52 | 43.5 | |

## MLS #: R24773S (Sold)    List Price: $188,000          10279 Route 35 S Honey Grove, PA 17035

**SOLD PRICE:** $150,000    **SOLD DATE:** 3/19/2018    **FINANCING:** Conventional    **SALE TYPE:** Arms Length
**BUYER NAME:** Fry, Derek & Caitlin                      **SELLER CONCESSION:** None
**SELLING OFFICE NAME:** Jack Gaughen Network Services Hower & Associates (#:1)    **SELLING AGENT NAME:** Brittnie Davidson (#:46)
**ADDITIONAL SOLD NOTES:** None

| | | |
|---|---|---|
| **No Photo Available** | **BEDROOMS:** 3 | **FOR SALE OR LEASE:** For Sale |
| | **TOTAL BATHS:** 2 | **UNIT #:** |
| | **YEAR BUILT:** 1970 | **COUNTY:** Juniata |
| | **HOUSE AGE:** 47 | **TOWNSHIP/BOROUGH:** Tuscarora |
| | **TOTAL AG SQFT** 1640 | **ELEMENTARY SCHOOL:** Lack-Tuscarora |
| | **TOTAL BG SQFT:** 1640 | **MIDDLE SCHOOL:** Tuscarora |
| | **FINISHED BG SQFT:** 0 | **HIGH SCHOOL:** Juniata High School |
| | **HOUSE STYLE:** Ranch | **APX ACRES:** 7.2 |
| | **BASEMENT:** Walk-up | **LOT SQFT:** |
| | **# GARAGE STALLS:** 2 | **FRONTAGE FT:** |
| | **GARAGE:** Attached | **DEPTH FT:** |
| | **NEW CONSTRUCTION:** | **ZONING:** None |
| | | **FLOOD ZONE:** C or X |

**PARCEL #:** J-16-10-014; 021 & 032                    **DEED BOOK/PAGE:** 136/050
**ASSESSMENTS:**                    **TERMS:**          **ASSESSED VALUE:** 27560
**CITY/MUNICIPAL TAXES:**          **SCHOOL TAXES:**    **TAXES:** 2393    **TAX YEAR:** 2017    **ASSOC FEE:**
**LEGAL:** DB 142/845; 144/089
**TOTAL FULL BATHS:** 2            **TOTAL HALF BATHS:** 0                    **GARAGE SQFT:** 528
**DRIVEWAY:** Asphalt, Gravel                          **STREET ACCESS:** Public
**EXTERIOR PROPERTY FEATURES:** Rural, Wooded

| Floor/Level: | Room: | Size: | Description/Special Features: |
|---|---|---|---|
| Main | Living | | Hardwood, FP w/insert |
| Main | Dining | | Hardwood, Slider to screen porch |
| Main | Kitchen | | |
| Main | Laundry | | Mudroom, Garage entry |
| Main | Master Bedroom | | Hardwood |
| Main | Master Bath | | Tile, Vinyl, Shower |
| Main | Bedroom | | Hardwood |
| Main | Bedroom | | Hardwood |
| Main | Full Bath | | Tile, Vinyl |

**# FIREPLACES:** 0                        **FIREPLACE FUEL:** Wood
**# WOOD STOVE:** 1                        **STOVE FUEL:** Wood
**AMENITIES:** Fireplace-Stone, Garage Door Opener, Master Bath, Mudroom, Porch-Covered

**EXTERIOR:** Aluminum                     **A/C TYPE:** Window
**ROOF:** Asphalt Shingle                  **HEAT TYPE:** Radiant (Ceiling)
**BASEMENT DETAILS:** Full Basement Unfinished    **FUEL TYPE:** Electric
**ATTIC:** Scuttle                         **WATER TYPE:** Private Well
**WATER SOFTENER:** None                   **SEWER TYPE:** On Site

**POSSESSION:** Settlement                 **OCCUPANCY:** Vacant    **OWNERSHIP:** Single Family
**OWNER NAME:** Doyle, Joyce & Deb POA                             **OWNER PHONE:** Call agent
**TYPE LISTING:** Exclusive Right to Sell
**AGENT OWNED:** No    **MIN COMM:**    **BONUS:** 0    **BUYER AGENT:** Yes    **BA COMM:** 3.0    **BA DUAL/VAR RATE:** No
**SUB AGENT:** Yes    **SA COMM:** 3.0    **SA DUAL/VAR RATE:** No    **NON AGENT:** No    **NA COMM:** 0    **NA DUAL/VAR RATE:** No
**CONTINGENCY:** None    **KEY LOCATION:** Lockbox    **DISTRESSED PROPERTY:** Not Applicable
**INCLUDED:** Stove, Refrigerator, Dishwasher, Washer & Dryer, Freezer, Small Freezer, Air Conditioner, Basement Refrigerator
**NOT INCLUDED:**
**INSTRUCTIONS/DIRECTIONS:** Rt 35 S approx 15 miles to Anderson Ridge, property on R
**AGENT COMMENTS:**

**MLS #: R24881S (Sold)**    **List Price: $144,900**      26493 Route 75 N Mifflintown, PA 17059

**SOLD PRICE:** $140,000    **SOLD DATE:** 5/4/2018    **FINANCING:** FHA    **SALE TYPE:** Arms Length
**BUYER NAME:** Ewell, Christopher & Leilani      **SELLER CONCESSION:** none
**SELLING OFFICE NAME:** Century 21 Above and Beyond (#:19)      **SELLING AGENT NAME:** Michael Smith (#:27)
**ADDITIONAL SOLD NOTES:** None



**BEDROOMS:** 3
**TOTAL BATHS:** 1.1
**YEAR BUILT:** 1955
**HOUSE AGE:** 62
**TOTAL AG SQFT:** 1328
**TOTAL BG SQFT:** 1328
**FINISHED BG SQFT:** 664
**HOUSE STYLE:** Ranch
**BASEMENT:** Walk-up
**# GARAGE STALLS:** 2
**GARAGE:** Attached
**NEW CONSTRUCTION:** No

**FOR SALE OR LEASE:** For Sale
**UNIT #:**
**COUNTY:** Juniata
**TOWNSHIP/BOROUGH:** Walker
**ELEMENTARY SCHOOL:** Walker Township
**MIDDLE SCHOOL:** Tuscarora
**HIGH SCHOOL:** Juniata High School
**APX ACRES:** 0.65
**LOT SQFT:**
**FRONTAGE FT:**
**DEPTH FT:**
**ZONING:** Agriculture, Rural
**FLOOD ZONE:** C or X

**PARCEL #:** J-17-01-026      **DEED BOOK/PAGE:** 114/41
**ASSESSMENTS:**      **TERMS:**      **ASSESSED VALUE:** 23530
**CITY/MUNICIPAL TAXES:**      **SCHOOL TAXES:**      **TAXES:** 2043    **TAX YEAR:** 2017      **ASSOC FEE:**
**LEGAL:**
**TOTAL FULL BATHS:** 1      **TOTAL HALF BATHS:** 1      **GARAGE SQFT:**
**DRIVEWAY:** Asphalt      **STREET ACCESS:** Public
**EXTERIOR PROPERTY FEATURES:** Level

| Floor/Level: | Room: | Size: | Description/Special Features: |
|---|---|---|---|
| 1 | Living Room | | Fireplace w/insert |
| 1 | Kitchen | | Breakfast bar |
| 1 | Dining | | Carpet |
| 1 | Bedroom | | Carpet |
| 1 | Bedroom | | Carpet |
| 1 | Bedroom | | Carpet |
| 1 | Half Bath | | |
| 1 | Full Bath | | Tile |
| 1 | Breezeway | | Brick Barbecue |

**# FIREPLACES:** 1      **FIREPLACE FUEL:** Wood Insert
**# WOOD STOVE:** 1      **STOVE FUEL:** None
**AMENITIES:** 3 Season Porch, Breezeway, Fireplace-Brick, Garage Door Opener, Hardwood Floors, Outbuildings

**EXTERIOR:** Brick      **A/C TYPE:** None
**ROOF:** Asphalt Shingle      **HEAT TYPE:** Radiator
**BASEMENT DETAILS:** Partial Basement Unfinished      **FUEL TYPE:** Oil
**ATTIC:** Scuttle      **WATER TYPE:** Private Well
**WATER SOFTENER:** None      **SEWER TYPE:** On Site

**POSSESSION:** Settlement      **OCCUPANCY:** Vacant      **OWNERSHIP:** Single Family
**OWNER NAME:** Moyer, Blanche      **OWNER PHONE:** Call agent
**TYPE LISTING:** Exclusive Right to Sell
**AGENT OWNED:** No    **MIN COMM:**    **BONUS:** 0    **BUYER AGENT:** Yes    **BA COMM:** 2.5    **BA DUAL/VAR RATE:** No
**SUB AGENT:** Yes    **SA COMM:** 2.5    **SA DUAL/VAR RATE:** No    **NON AGENT:** No    **NA COMM:** 0    **NA DUAL/VAR RATE:** No
**CONTINGENCY:** None      **KEY LOCATION:** Lockbox      **DISTRESSED PROPERTY:** Not Applicable
**INCLUDED:** Bar stools, Appliances, Pool Table is negotiable
**NOT INCLUDED:**
**INSTRUCTIONS/DIRECTIONS:** From redlight at William Pen Hwy & Industrial Park Rd, R/Rt 75 S. House on R before River Rd interstection
**AGENT COMMENTS:** The house is removed from the flood plain - see attached LOMA Letter. A portion of the land remains in flood plain. House is vacant, electricity is on.
**DESCRIPTION/PUBLIC COMMENTS:** This very well maintained all brick ranch home is awaiting only it's second family to call it home. Large level lot, pavilion and enclosed breezeway with brick barbecue invite family gatherings and outdoor entertaining. A large basement recreation area with wet bar brings the party inside or create a sports or gaming area. Hardwood floors under the carpet. Home shows pride of ownership!
**DISPLAY ON INTERNET:** Yes    **DISPLAY ADDRESS:** Yes    **ALLOW AVM:** No    **ALLOW COMMENTS:** No
**ORIGINAL LIST PRICE:** $148,000    **LIST DATE:**    **EXPIRE DATE:**    **PENDING DATE:** 3/9/2018    **DAYS ON MARKET:** 82
**PENDING OFFICE:** Century 21 Above and Beyond (#19)    **PENDING AGENT:** Smith, Michael (# 19/27)

Office Name: Jack Gaughen Network Services Hower & Associates (#:1)
Main: (717) 436-8200
Fax: (717) 436-8205
Office Corporate License: RB061685L

Listing Agent: Dan Martin (#:12)
Contact #: (888) 436-820
Agent Email: dan@hower.cc License Number: RS210858L

**MLS #:** R25138S (Sold)    **List Price:** $174,500                    52 McGeary Road Thompsontown, PA 17094

**SOLD PRICE:** $174,500        **SOLD DATE:** 6/29/2018        **FINANCING:** VA        **SALE TYPE:** Arms Length
**BUYER NAME:** Walker, Jolene C.                                **SELLER CONCESSION:** None
**SELLING OFFICE NAME:** zz Non Office (#:16)                    **SELLING AGENT NAME:** Non zz Agent (#:1)
**ADDITIONAL SOLD NOTES:** None



**BEDROOMS:** 2                          **FOR SALE OR LEASE:** For Sale
**TOTAL BATHS:** 1                       **UNIT #:**
**YEAR BUILT:** 1997                     **COUNTY:** Juniata
**HOUSE AGE:** 21                        **TOWNSHIP/BOROUGH:** Delaware
**TOTAL AG SQFT:** 1232                  **ELEMENTARY SCHOOL:** Thompsontown
**TOTAL BG SQFT:** 1232                  **MIDDLE SCHOOL:** East Juniata
**FINISHED BG SQFT:** 1100               **HIGH SCHOOL:** East Juniata
**HOUSE STYLE:** Ranch                   **APX ACRES:** 0.6
**BASEMENT:** Walk-out                   **LOT SQFT:**
**# GARAGE STALLS:** 2                   **FRONTAGE FT:**
**GARAGE:** Attached                     **DEPTH FT:**
**NEW CONSTRUCTION:**                    **ZONING:** Residential
                                         **FLOOD ZONE:** C or X

**PARCEL #:** 02-3A-26          **DEED BOOK/PAGE:** 425-649
**ASSESSMENTS:**                                            **ASSESSED VALUE:** 22840
**CITY/MUNICIPAL TAXES:** 571   **TERMS:**                  **TAXES:** 2000    **TAX YEAR:** 2018      **ASSOC FEE:**
**LEGAL:** 425-649              **SCHOOL TAXES:** 1429

**TOTAL FULL BATHS:** 1             **TOTAL HALF BATHS:** 0              **GARAGE SQFT:** 576
**DRIVEWAY:** Asphalt               **STREET ACCESS:** Public
**EXTERIOR PROPERTY FEATURES:** Deed Restrictions, Development, Mountain Views, Mountainous, Open

| Floor/Level: | Room: | Size: | Description/Special Features: |
|---|---|---|---|
| Main | Kitchen | 13x10 | hardwood fl, stove, fridge, dishwasher, disposal |
| Main | Living Room | 13x10 | carpet |
| Main | Dining Room | 15x13 | hardwood floor leads to cozy sun room |
| Main | Bedroom #1 | 15x13 | hardwood floor |
| Main | Bedroom #2 | 13x11 | hardwood floor |
| Main | full bath | 10x6 | vinyl, linen closet |
| lower | half bath | 5x5 | vinyl floor, panel walls |
| lower | family | 30x22 | panel walls, tile ceiling |
| lower | laundry | 10x10 | washer & dryer reserved |
| lower | 3rd bedroom/den | 10x12 | tile floor, panel/block walls |

**# FIREPLACES:**                        **FIREPLACE FUEL:** None
**# WOOD STOVE:** 1                       **STOVE FUEL:** Pellet
**AMENITIES:** Attic, Cable Ready, Ceiling Fan, Central Vac, Furnace Room, Garage Door Opener, Hardwood Floors, Pantry, Pellet Stove, Smoke Detectors, Walk-in Closet, Walk-out Basement

**EXTERIOR:** Brick & Vinyl              **A/C TYPE:** Central
**ROOF:** Asphalt Shingle                **HEAT TYPE:** Forced Warm Air, Heat Pump
**BASEMENT DETAILS:** Full Basement Partially Finished   **FUEL TYPE:** Electric
**ATTIC:** Scuttle                       **WATER TYPE:** Municipal
**WATER SOFTENER:** None                 **SEWER TYPE:** Municipal

                                         **OCCUPANCY:** Owner
**POSSESSION:** At Closing                                  **OWNERSHIP:** Single Family
**OWNER NAME:** Weibley, Nancy L.                           **OWNER PHONE:** 717.994.1184
**TYPE LISTING:** Exclusive Right to Sell
**AGENT OWNED:** No    **MIN COMM:**    **BONUS:** 0    **BUYER AGENT:** Yes    **BA COMM:** 3    **BA DUAL/VAR RATE:** No
**SUB AGENT:** No    **SA COMM:** 0    **SA DUAL/VAR RATE:** No    **NON AGENT:** Yes    **NA COMM:** 3    **NA DUAL/VAR RATE:** No
**CONTINGENCY:** None          **KEY LOCATION:** Lockbox          **DISTRESSED PROPERTY:** Not Applicable
**INCLUDED:** range, fridge, microwave, dishwasher, dehumidifier, Harmon Pellet Stove, pellet bags, garbage disposal
**NOT INCLUDED:** washer, dryer and all other personal items (owner will sell riding mower)
**INSTRUCTIONS/DIRECTIONS:**
**AGENT COMMENTS:**
**DESCRIPTION/PUBLIC COMMENTS:** Immaculate 2 bedroom home conveniently located just mins from Rte 322 at Thompsontown. Pride of ownership shows inside and out - you will NOT be disappointed! Neat as a pin & ready to move in. Lg finished LL includes family room, half bath, laundry, 3rd bedroom potential and lots of storage. First floor sun room, large open kitchen with new counter tops and hardware, spacious dining area, new exterior doors, large pantry, Harmon Pellet Stove (P68) heats this home for $800/year!! Hurry to see this home cause it is like new without the hassle.

**DISPLAY ON INTERNET:** Yes        **DISPLAY ADDRESS:** Yes        **ALLOW AVM:** No        **ALLOW COMMENTS:** No
**ORIGINAL LIST PRICE:** $174,500    **LIST DATE:**    **EXPIRE DATE:**    **PENDING DATE:** 5/11/2018    **DAYS ON MARKET:** 5
**PENDING OFFICE:** A Non MLS Office                                  **PENDING AGENT:** A Non MLS Agent

**Office Name:** Century 21 Above and Beyond (#:19)        **Listing Agent:** Gayle Arbogast (#:1)
**Main:** (717) 436-9191                                   **Contact #:** (717) 994-1184
**Fax:** (717) 436-9134                                    **Agent Email:** glarbogast@aol.com **License Number:** SB065377
**Office Corporate License:** SB065377

© 2018 Systems Engineering, Inc. - All Rights Reserved
Information Herein Deemed Reliable but Not Guaranteed

**Subject:** Fwd: 1809 Willow St. Carlisle
**From:** "Harter, Rochelle" <rharter@pa.gov>
**Date:** 7/12/2018 12:57 PM
**To:** "dabsheppardlaw@comcast.net" <dabsheppardlaw@comcast.net>

Mr. Sheppard,
The estimates of selling price may be accurate, however the rehab amount we disagree.
We believe the estimate for rehab would be 3500-5000 including labor. We already have someone who will do the rehab for this price range to help Tom.
Tom can discuss that further with you if there are any questions.
Thank you

Get Outlook for iOS

---

**From:** Fred C. Noye <fred@howerre.com>
**Sent:** Wednesday, July 11, 2018 10:07:07 PM
**To:** Harter, Rochelle
**Subject:** 1809 Willow St. Carlisle

Tom:  After doing a search of sales in the muti-list, i have concluded through my market analysis that the home on Willow St. would list in the $72,000-$78,000 range if it were totally re-habed.   It needs new flooring, new windows and a total replacement of the kitchen appliances and cabinets.  It would take $15,000-$20,000 (not counting labor) to get it marketable.

Sold as is ---I would estimate it would sell in the $30,000-$36,000 range.

I hope this gives you some numbers that are helpful to make a decision. If you have questions or need any further assistance, please feel free to contact me.

Fred Noye
agent, Hower & Assoc.

| | |
|---|---|
| Debtor 1 | **Thomas Niles Gollick, Sr.** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number (if known) | **1:18-bk-03319** |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    **Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **158 Farm Dr**<br>**Thompsontown PA, 17094-8963**<br>**County : Juniata**<br>Line from *Schedule A/B* **1.1** | $71,550.00 | ■      $23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| **2013 Chevy Silverado Truck**<br>**94,000 Miles - Fair Condition**<br>Line from *Schedule A/B* **3.1** | $17,307.00 | ■      $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| **Refrigerator/Freezer $150.00; Stove $100.00; Dishwasher $75.00; Table and Chairs $100.00; TV $50.00; Bed, Dresser, Chest of Drawers $200.00; Filing Cabinet $20.00; Recliner $10.00; Tool Box with Tools $100.00; Lawn Tractor $500.00; Yard Tools $40.00; Hand**<br>Line from *Schedule A/B* **6.1** | $1,745.00 | ■      $1,745.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Cell Phone**<br>Line from *Schedule A/B* **7.1** | $100.00 | ■      $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 1:18-bk-03319-HWV     Doc 12     Filed 08/14/18     Entered 08/14/18 08:55:28     Desc
Main Document      Page 22 of 48

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing and Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $150.00 | ■  $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Miscellaneous Jewelry**<br>Line from *Schedule A/B*: **12.1** | $20.00 | ■  $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(4)** |
| **Cash and Coin**<br>Line from *Schedule A/B*: **16.1** | $10.00 | ■  $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Checking Account-Joint**<br>Line from *Schedule A/B*: **17.1** | $9,074.22 | ■  $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| | |
|---|---|
| Debtor 1 | **Thomas Niles Gollick, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number (if known) | **1:18-bk-03319** |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1   Bank of America**<br>Creditor's Name | Describe the property that secures the claim:<br>**1st Mortgage Rental** | **$7,825.28** | **$36,000.00** | **$0.00** |

**PO Box 31785**
**Tampa, FL 33631-3785**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number    **2305**

| | | | | |
|---|---|---|---|---|
| **2.2   Citizens One Finance**<br>Creditor's Name | Describe the property that secures the claim:<br>**2013 Chevy Silverado Truck** | **$8,252.00** | **$17,307.00** | **$0.00** |

**1 Citizens Dr**
**Riverside, RI 02915-3026**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number    **9639**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 1:18-bk-03319-HWV    Doc 12    Filed 08/14/18    Entered 08/14/18 08:55:28    Desc
Main Document      Page 24 of 48

| 2.3 | **Nancy E Diem Delaware Twp Tax Collector** | Describe the property that secures the claim: | $4,602.88 | $143,100.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**158 Farm Dr, Thompsontown, PA 17094-8963**
**Real estate at and known as 158 Farm Drive, Thompsontown, Juniata County, Pennsylvania 17094, used as residence. Property purchased for $120,000.00 on January 16, 2014, CMA by Hower and Associates i**

**549 Jones Rd**
**Mifflintown, PA**
**17059-8530**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **2017 and 2018 Real Estate Taxes**

Date debt was incurred _____    Last 4 digits of account number   __0811__

---

| 2.4 | **One Main** | Describe the property that secures the claim: | $22,875.29 | $36,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2nd Mortgage Rental**

**PO Box 742536**
**Cincinnati, OH**
**45274-2536**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number   __6673__

---

| 2.5 | **Pennian Bank** | Describe the property that secures the claim: | $89,567.00 | $143,100.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1st Mortgage**

**2 N Main St**
**Mifflintown, PA**
**17059-1003**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1   **Thomas Niles Gollick, Sr.**                                            Case number (If know)   **1:18-bk-03319**
     First Name             Middle Name          Last Name

☐ **Check if this claim relates to a**      ☐ Other (including a right to offset)  _____
    **community debt**

Date debt was incurred   **02/28/2014**      Last 4 digits of account number   **8804**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$133,122.45** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$133,122.45** |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
    **Juniata Tax Claim Bureau**               On which line in Part 1 did you enter the creditor?  **2.3**
    **PO Box 68**
    **Mifflintown, PA 17059-0068**         Last 4 digits of account number  **0811**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1 **Thomas Niles Gollick, Sr.**
First Name   Middle Name   Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

Case number **1:18-bk-03319**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number  8632 | $7,704.00 | $7,704.00 | $0.00 |

Priority Creditor's Name

When was the debt incurred? _____

**PO Box 37007**
**Hartford, CT 06176-7007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only     ☐ Disputed

☐ At least one of the debtors and another   **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**   ■ Taxes and certain other debts you owe the government

■ No   ☐ Claims for death or personal injury while you were intoxicated

☐ Yes   ☐ Other. Specify _____  **Federal Income Taxes Owed**

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Case 1:18-bk-03319-HWV   Doc 12   Filed 08/14/18   Entered 08/14/18 08:55:28   Desc
Main Document   Page 27 of 48

| | |
|---|---|
| **4.1** | **Care Credit Synchrony Bank** |

Nonpriority Creditor's Name

Last 4 digits of account number    **1617**                                    **$165.00**

When was the debt incurred?

**PO Box 960061**
**Orlando, FL 32896-0061**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **Credit Account**

---

| | |
|---|---|
| **4.2** | **Cavalry SPV I, LLC (Citibank, N.A.)** |

Nonpriority Creditor's Name

Last 4 digits of account number    **4311**                                    **$13,257.93**

When was the debt incurred?

**500 Summit Lake Dr Ste 400**
**Valhalla, NY 10595-1340**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **Credit Account - Suit Filed**

---

| | |
|---|---|
| **4.3** | **Chase Bank** |

Nonpriority Creditor's Name

Last 4 digits of account number                                    **$3,000.00**

When was the debt incurred?

**PO Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **Credit Account**

---

| 4.4 | **Citi Cards Processing Center** | **Last 4 digits of account number**   **0177** | **$3,993.53** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Account**

---

| 4.5 | **Geisinger** | **Last 4 digits of account number** | **$51.44** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**PO Box 27727**
**Newark, NJ 07101-7727**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bill**

---

| 4.6 | **Geisinger Lewistown Hospital** | **Last 4 digits of account number** | **$180.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**PO Box 983140**
**Boston, MA 02298-3140**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bill**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| 4.7 | **Herschel Lock** | | |
|---|---|---|---|

Nonpriority Creditor's Name      Last 4 digits of account number _____     **$5,000.00**

When was the debt incurred? _____

**3107 N Front St Ste 200**
**Harrisburg, PA 17110-1343**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Attorney Fees**

---

| 4.8 | **Holy Spirit Hospital** | | |
|---|---|---|---|

Nonpriority Creditor's Name      Last 4 digits of account number   **4068**     **$50.00**

When was the debt incurred? _____

**PO Box 822183**
**Philadelphia, PA 19182-2183**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Medical Bill**

---

| 4.9 | **Holy Spirit Medical Group** | | |
|---|---|---|---|

Nonpriority Creditor's Name      Last 4 digits of account number _____     **$105.64**

When was the debt incurred? _____

**PO Box 983143**
**Boston, MA 02298-3143**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Medical Bill**

| 4.10 | **Kay Jewelers** | Last 4 digits of account number | | | $2,241.00 |

Nonpriority Creditor's Name

**375 Ghent Rd**
**Fairlawn, OH 44333-4601**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Account**

---

| 4.11 | **Lowes** | Last 4 digits of account number | **5255** | | $511.23 |

Nonpriority Creditor's Name

**PO Box 530914**
**Atlanta, GA 30353-0914**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Account**

---

| 4.12 | **McKesson Patient Care Solutions** | Last 4 digits of account number | | | $3,121.00 |

Nonpriority Creditor's Name

**PO Box 645034**
**Pittsburgh, PA 15264-5034**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Bill**

---

| 4.13 | **MSHMC Physicians Group** | Last 4 digits of account number | **7151** | **$40.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 643313**
**Pittsburgh, PA 15264-3313**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bills**

---

| 4.14 | **PennState Hershey Medical Center** | Last 4 digits of account number | **unts** | **$100.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 643291**
**Pittsburgh, PA 15264-3291**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bills**

---

| 4.15 | **Pinnacle Health Emergency** | Last 4 digits of account number | **unts** | **$308.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 826813**
**Philadelphia, PA 19182-6813**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bills**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Debtor 1 | **Gollick, Thomas Niles Sr.** | Case number (if know) | **1:18-bk-03319** |
|---|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **David J Apothaker Esquire**<br>**520 Fellowship Rd Ste C306**<br>**Mount Laurel, NJ 08054-3410** | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **4311** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ERC**<br>**PO Box 23870**<br>**Jacksonville, FL 32241-3870** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **5255** |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 7,704.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 7,704.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 32,124.77 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 32,124.77 |

| | |
|---|---|
| Debtor 1 | **Thomas Niles Gollick, Sr.** |
| | First Name         Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name         Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number | 1:18-bk-03319 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | |
| 2.2 _____<br>Name<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | |
| 2.3 _____<br>Name<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | |
| 2.4 _____<br>Name<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | |
| 2.5 _____<br>Name<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| | |
|---|---|
| Debtor 1 | **Thomas Niles Gollick, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number (if known) | **1:18-bk-03319** |

☐ Check if this is an
amended filing

# Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **Rochelle  K. Harter**<br>**158 Farm Dr**<br>**Thompsontown, PA 17094-8963** | ■ Schedule D, line ___**2.3**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Nancy E Diem Delaware Twp Tax Collector** |
| 3.2  **Rochelle  K. Harter**<br>**158 Farm Dr**<br>**Thompsontown, PA 17094-8963** | ■ Schedule D, line ___**2.5**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Pennian Bank** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Thomas Niles Gollick, Sr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number (if known) | **1:18-bk-03319** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

**Part 2:   Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

**Schedule I: Your Income**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.     $ 0.00     $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.     7.     $ 0.00     $ 0.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 2,107.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 664.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify:  **Thrift Savings Plan** | 8h.+ | $ 500.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.     $ 3,271.00     $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.     10.     $ 3,271.00 + $ 0.00 = $ 3,271.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:  **Companion Contribution**     11.     +$ 773.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12.     $ 4,044.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **Thomas Niles Gollick, Sr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

Case number **1:18-bk-03319**
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No<br>☐ Yes |
| | | ☐ No<br>☐ Yes |
| | | ☐ No<br>☐ Yes |
| | | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No

   ☑ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **499.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. $ | **226.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | **60.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | **120.00** |
| 4d. Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 265.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 44.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 260.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 650.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 250.00 |
| 10. | **Personal care products and services** | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | 11. $ | 120.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 529.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 21.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 92.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 194.33 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,630.33 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,630.33 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,044.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,630.33 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 413.67 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.  | Explain here:

Case 1:18-bk-03319-HWV  Doc 12  Filed 08/14/18  Entered 08/14/18 08:55:28  Desc
Main Document  Page 39 of 48

| | |
|---|---|
| Debtor 1 | **Thomas Niles Gollick, Sr.** |
| | First Name　　　　　　Middle Name　　　　　　Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name　　　　　　Middle Name　　　　　　Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number (if known) | **1:18-bk-03319** |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Thomas Niles Gollick, Sr.**　　　　　　　　X _____
　**Thomas Niles Gollick, Sr.**　　　　　　　　　　　Signature of Debtor 2
　Signature of Debtor 1

　Date **July 27, 2018**　　　　　　　　　　　　　Date _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania, Harrisburg Division

In re   **Gollick, Thomas Niles Sr.**                          Case No.   **1:18-bk-03319**
_____          _____
                                    Debtor(s)          Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ..........................................    $       **4,000.00**

     Prior to the filing of this statement I have received ..............................    $       **4,000.00**

     Balance Due ...............................................................................    $          **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
       firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **See Paragraph 6 below with regard to the attorney time limit for necessary legal services.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Necessary attorney time past confirmation will be billed at a rate of $250.00 per hour plus costs.**

---

### CERTIFICATION

       I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 27, 2018**                                   **/s/ James P. Sheppard**
_____                _____
_Date_                                              **James P. Sheppard**
                                                    _Signature of Attorney_
                                                    **James P. Sheppard, Esquire**

                                                    **2201 N 2nd St**
                                                    **Harrisburg, PA 17110-1007**
                                                    _____
                                                    _Name of law firm_

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Bank of America
PO Box 31785
Tampa, FL  33631-3785


Care Credit Synchrony Bank
PO Box 960061
Orlando, FL  32896-0061


Cavalry SPV I, LLC (Citibank, N.A.)
500 Summit Lake Dr Ste 400
Valhalla, NY  10595-1340


Chase Bank
PO Box 15298
Wilmington, DE  19850-5298


Citi Cards Processing Center
Box 6500
Sioux Falls, SD  57117


Citizens One Finance
1 Citizens Dr
Riverside, RI  02915-3026


David J Apothaker Esquire
520 Fellowship Rd Ste C306
Mount Laurel, NJ  08054-3410

```
ERC
PO Box 23870
Jacksonville, FL  32241-3870


Geisinger
PO Box 27727
Newark, NJ  07101-7727


Geisinger Lewistown Hospital
PO Box 983140
Boston, MA  02298-3140


Herschel Lock
3107 N Front St Ste 200
Harrisburg, PA  17110-1343


Holy Spirit Hospital
PO Box 822183
Philadelphia, PA  19182-2183


Holy Spirit Medical Group
PO Box 983143
Boston, MA  02298-3143


Internal Revenue Service
PO Box 37007
Hartford, CT  06176-7007
```

Juniata Tax Claim Bureau
PO Box 68
Mifflintown, PA  17059-0068


Kay Jewelers
375 Ghent Rd
Fairlawn, OH  44333-4601


Lowes
PO Box 530914
Atlanta, GA  30353-0914


McKesson Patient Care Solutions
PO Box 645034
Pittsburgh, PA  15264-5034


MSHMC Physicians Group
PO Box 643313
Pittsburgh, PA  15264-3313


Nancy E Diem Delaware Twp Tax Collector
549 Jones Rd
Mifflintown, PA  17059-8530


One Main
PO Box 742536
Cincinnati, OH  45274-2536

```
Pennian Bank
2 N Main St
Mifflintown, PA  17059-1003


PennState Hershey Medical Center
PO Box 643291
Pittsburgh, PA  15264-3291


Pinnacle Health Emergency
PO Box 826813
Philadelphia, PA  19182-6813


Rochelle  K. Harter
158 Farm Dr
Thompsontown, PA  17094-8963
```

Fill in this information to identify your case:

Debtor 1 **Thomas Niles Gollick, Sr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania, Harrisburg Division

Case number 1:18-bk-03319
(if known)

Check as directed in lines 17 and 21:

According to the calculations required by this Statement:

- ■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).
- ☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).
- ■ 3. The commitment period is 3 years.
- ☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **Calculate Your Average Monthly Income** |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   - ■ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3 | $ 851.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
| --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
| --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    page 1

Software Copyright (c) 2018 CINGroup - www.cincompass.com

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you $ 0.00

For your spouse $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.   $ 3,105.70   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| | $ 0.00 | $ |
| | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 3,956.70 + $ _____ = $ 3,956.70

**Total average monthly income**

---

**Part 2:**  Determine How to Measure Your Deductions from Income

12. **Copy your total average monthly income from line 11.** ...............................  $ 3,956.70

13. **Calculate the marital adjustment.** Check one:

- ☑ You are not married. Fill in 0 below.
- ☐ You are married and your spouse is filing with you. Fill in 0 below.
- ☐ You are married and your spouse is not filing with you.

   Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

   Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

   If this adjustment does not apply, enter 0 below.

   $ _____
   $ _____
   + $ _____

   Total ...............................  $ 0.00   Copy here=> - 0.00

14. **Your current monthly income.** Subtract line 13 from line 12.   $ 3,956.70

15. **Calculate your current monthly income for the year.** Follow these steps:

   15a. Copy line 14 here=>  ...............................  $ 3,956.70

   Multiply line 15a by 12 (the number of months in a year).   x 12

   15b. The result is your current monthly income for the year for this part of the form. ...........................  $ 47,480.40

Official Form 122C-1   **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**   page 2

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 1:18-bk-03319-HWV   Doc 12   Filed 08/14/18   Entered 08/14/18 08:55:28   Desc
Main Document   Page 47 of 48

16. **Calculate the median family income that applies to you.** Follow these steps:

     16a. Fill in the state in which you live.        **PA**

     16b. Fill in the number of people in your household.      **2**

     16c. Fill in the median family income for your state and size of household.      $    **63,687.00**

        To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

     17a. ■   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

     17b. ☐   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4) |
| --- | --- |

18. Copy your total average monthly income from line 11 .      $    **3,956.70**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

     19a. If the marital adjustment does not apply, fill in 0 on line 19a.      -$    **0.00**

     19b. **Subtract line 19a from line 18.**      $    **3,956.70**

20. **Calculate your current monthly income for the year.** Follow these steps:

     20a. Copy line 19b      $    **3,956.70**

        Multiply by 12 (the number of months in a year).      **x 12**

     20b. The result is your current monthly income for the year for this part of the form      $    **47,480.40**

     20c. Copy the median family income for your state and size of household from line 16c      $    **63,687.00**

21. **How do the lines compare?**

     ■   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

     ☐   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| Part 4: | Sign Below |
| --- | --- |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X /s/ Thomas Niles Gollick, Sr.**

   **Thomas Niles Gollick, Sr.**
   Signature of Debtor 1

Date   **July 27, 2018**
     MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     **page 3**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 1:18-bk-03319-HWV    Doc 12    Filed 08/14/18    Entered 08/14/18 08:55:28    Desc
Main Document     Page 48 of 48