```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 18-03319-HWV
Thomas Niles Gollick, Sr                                            Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 2              Date Rcvd: Aug 14, 2018
                              Form ID: 309I                Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
```
db            +Thomas Niles Gollick, Sr,    158 Farm Drive,    Thompsontown, PA 17094-8963
aty           +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
5095396       +Cavalry SPV I, LLC (Citibank, N.A.),    500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-2321
5095399       +Citizens One Finance,    1 Citizens Dr,    Riverside, RI 02915-3000
5095400        David J Apothaker Esquire,    520 Fellowship Rd Ste C306,    Mount Laurel, NJ 08054-3410
5095401        ERC,   PO Box 23870,    Jacksonville, FL 32241-3870
5095402        Geisinger,   PO Box 27727,    Newark, NJ 07101-7727
5095403        Geisinger Lewistown Hospital,    PO Box 983140,    Boston, MA 02298-3140
5095392        Gollick Thomas Niles Sr,    158 Farm Dr,    Thompsontown, PA 17094-8963
5095404        Herschel Lock,    3107 N Front St Ste 200,    Harrisburg, PA 17110-1343
5095405        Holy Spirit Hospital,    PO Box 822183,    Philadelphia, PA 19182-2183
5095406        Holy Spirit Medical Group,    PO Box 983143,    Boston, MA 02298-3143
5095393        James P Sheppard Esquire,    2201 N 2nd St,    Harrisburg, PA 17110-1007
5095408        Juniata Tax Claim Bureau,    PO Box 68,    Mifflintown, PA 17059-0068
5095412        MSHMC Physicians Group,    PO Box 643313,    Pittsburgh, PA 15264-3313
5095411        McKesson Patient Care Solutions,    PO Box 645034,    Pittsburgh, PA 15264-5034
5095413        Nancy E Diem Delaware Twp Tax Collector,    549 Jones Rd,    Mifflintown, PA 17059-8530
5095416        PennState Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
5095415        Pennian Bank,    2 N Main St,    Mifflintown, PA 17059-1003
5095417        Pinnacle Health Emergency,    PO Box 826813,    Philadelphia, PA 19182-6813
5095418        Rochelle K. Harter,    158 Farm Dr,    Thompsontown, PA 17094-8963
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: jamespsheppard@comcast.net Aug 14 2018 19:06:49      James P Sheppard,
                 2201 North Second Street,    Harrisburg, PA 17110
tr            +E-mail/Text: dehartstaff@pamd13trustee.com Aug 14 2018 19:07:10
                 Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Aug 14 2018 19:07:04      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5095394        EDI: BANKAMER.COM Aug 14 2018 23:09:00      Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
5095395        EDI: RMSC.COM Aug 14 2018 23:09:00      Care Credit Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
5095397        EDI: CHASE.COM Aug 14 2018 23:08:00      Chase Bank,    PO Box 15298,
                 Wilmington, DE 19850-5298
5095398       +EDI: CITICORP.COM Aug 14 2018 23:08:00      Citi Cards Processing Center,    Box 6500,
                 Sioux Falls, SD 57117-6500
5095407        EDI: IRS.COM Aug 14 2018 23:09:00      Internal Revenue Service,    PO Box 37007,
                 Hartford, CT 06176-7007
5095409       +E-mail/Text: BKRMailOPS@weltman.com Aug 14 2018 19:06:57      Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
5095410        EDI: RMSC.COM Aug 14 2018 23:09:00      Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
5095414        EDI: AGFINANCE.COM Aug 14 2018 23:08:00      One Main,    PO Box 742536,
                 Cincinnati, OH 45274-2536
5094082       +EDI: PRA.COM Aug 14 2018 23:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                     Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James P Sheppard    on behalf of Debtor 1 Thomas Niles Gollick, Sr jamespsheppard@comcast.net,
           dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Thomas Niles Gollick Sr** | | Social Security number or ITIN | **xxx–xx–8632** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | Date case filed for chapter 13 | **August 7, 2018** |
| Case number: | **1:18–bk–03319–HWV** | | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas Niles Gollick Sr | |
| 2. | **All other names used in the last 8 years** | aka Thomas Gollick, aka Thomas N Gollick Sr, aka Tom Golleck | |
| 3. | **Address** | 158 Farm Drive Thompsontown, PA 17094 | |
| 4. | **Debtor's attorney** Name and address | James P Sheppard 2201 North Second Street Harrisburg, PA 17110 | Contact phone 717 232–5551 Email: jamespsheppard@comcast.net |
| 5. | **Bankruptcy trustee** Name and address | Charles J DeHart, III (Trustee) 8125 Adams Drive, Suite A Hummelstown, PA 17036 | Contact phone 717 566–6097 Email: dehartstaff@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM Contact phone (717) 901–2800 Date: August 14, 2018 |

**For more information, see page 2**

**Receiving Court Issued Orders and Notices by E-Mail:**   (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

Official Form 309I          **Notice of Chapter 13 Bankruptcy Case**          page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 6, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of social security number are required \*\*\*** | **Location:**<br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: November 5, 2018** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: October 16, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: February 3, 2019** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |