Certificate Number: 15317-PAM-DE-031525750

Bankruptcy Case Number: 18-03319



15317-PAM-DE-031525750

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2018, at 9:57 o'clock AM PDT, Thomas N Gollick completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 26, 2018   By: /s/Lea Sorino

Name: Lea Sorino

Title: Counselor