```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03319-HWV
Thomas Niles Gollick, Sr                                        Chapter 13
        Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-1     User: JGoodling        Page 1 of 2              Date Rcvd: Sep 11, 2018
                         Form ID: ntcnfhrg      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db              +Thomas Niles Gollick, Sr,    158 Farm Drive,    Thompsontown, PA 17094-8963
5095394          Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
5095396         +Cavalry SPV I, LLC (Citibank, N.A.),    500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-2321
5095397          Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
5095398         +Citi Cards Processing Center,    Box 6500,    Sioux Falls, SD 57117-6500
5097466         +Citizens Bank N.A.,    One Citizens Way JCA115,    Johnston, RI 02919-1922
5095399         +Citizens One Finance,    1 Citizens Dr,    Riverside, RI 02915-3000
5095400          David J Apothaker Esquire,    520 Fellowship Rd Ste C306,    Mount Laurel, NJ 08054-3410
5095401          ERC,   PO Box 23870,    Jacksonville, FL 32241-3870
5095402          Geisinger,    PO Box 27727,    Newark, NJ 07101-7727
5095403          Geisinger Lewistown Hospital,    PO Box 983140,    Boston, MA 02298-3140
5095392          Gollick Thomas Niles Sr,    158 Farm Dr,    Thompsontown, PA 17094-8963
5095404          Herschel Lock,    3107 N Front St Ste 200,    Harrisburg, PA 17110-1343
5095405          Holy Spirit Hospital,    PO Box 822183,    Philadelphia, PA 19182-2183
5095406          Holy Spirit Medical Group,    PO Box 983143,    Boston, MA 02298-3143
5095393          James P Sheppard Esquire,    2201 N 2nd St,    Harrisburg, PA 17110-1007
5095408          Juniata Tax Claim Bureau,    PO Box 68,    Mifflintown, PA 17059-0068
5095412          MSHMC Physicians Group,    PO Box 643313,    Pittsburgh, PA 15264-3313
5095411          McKesson Patient Care Solutions,    PO Box 645034,    Pittsburgh, PA 15264-5034
5095413          Nancy E Diem Delaware Twp Tax Collector,    549 Jones Rd,    Mifflintown, PA 17059-8530
5095416          PennState Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
5095415          Pennian Bank,    2 N Main St,    Mifflintown, PA 17059-1003
5095417          Pinnacle Health Emergency,    PO Box 826813,    Philadelphia, PA 19182-6813
5095418          Rochelle K. Harter,    158 Farm Dr,    Thompsontown, PA 17094-8963
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5095395          E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 19:09:39     Care Credit Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
5101321         +E-mail/Text: bankruptcy@cavps.com Sep 11 2018 19:03:29     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5095407          E-mail/Text: cio.bncmail@irs.gov Sep 11 2018 19:03:03     Internal Revenue Service,
                 PO Box 37007,    Hartford, CT 06176-7007
5095409         +E-mail/Text: BKRMailOPS@weltman.com Sep 11 2018 19:03:08     Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
5095410          E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 19:09:39     Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
5095414          E-mail/PDF: cbp@onemainfinancial.com Sep 11 2018 19:10:12     One Main,    PO Box 742536,
                 Cincinnati, OH 45274-2536
5094082         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2018 19:09:58
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 THOMAS NILES GOLLICK, Sr jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas Niles Gollick Sr,
aka Thomas Gollick, aka Thomas N Gollick Sr, aka Tom Golleck,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−03319−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 17, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 24, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: JGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 11, 2018 |

ntcnfhrg (03/18)