**LOCAL BANKRUPTCY FORM 3015-3(a)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| Thomas Niles Gollick, Sr. : | **CHAPTER 13** |
| aka Thomas Gollick : | |
| aka Thomas N. Gollick, Sr. : | **CASE NO.** 1 - 18 -bk- 03319 HWV |
| Tom Golleck : | |
| : | |
| : | |
| : | |
| **Debtor(s)** : | |

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF**
**COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _____ Thomas Niles Gollick, Sr. _____, upon oath or affirmation, hereby certify as
follows:

1.      That the below information is being supplied for compliance with the confirmation
        hearing date on     October 24, 2018 at 9:30 a.m.    .

2.      That all post-petition amounts that are required to be paid under any and all Domestic
        Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3.      That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section
        1308 have been filed.

4.      If this Certification is being signed by counsel for Debtor, that the Debtor was duly
        questioned about the statements in this Certification and supplied answers consistent with
        this Certification.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the
foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: _____          BY: _____ .
                                            Counsel for Debtor

DATED:      10/16/2018            BY: /s/Thomas Niles Gollick, Sr.      .
                                            Debtor