IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| Thomas Niles Gollick, Sr. | : | |
| aka Thomas Gollick | : | CASE NO. 1:18-bk-03319 |
| aka Thomas N. Gollick, Sr. | : | |
| aka Tom Golleck | : | |
| Debtor | : | |

## PRAECIPE TO WITHDRAW APPEARANCE

I hereby withdraw my appearance regarding the above-referenced matter.

                                                        Respectfully submitted,

DATE: December 22, 2021                    /s/James P. Sheppard

                                                        _____
                                                        JAMES P. SHEPPARD, ESQUIRE
                                                        2201 NORTH SECOND STREET
                                                        HARRISBURG, PA 17110
                                                        TELEPHONE: (717) 232-5551
                                                        ATTORNEY ID 34944
                                                        (ATTORNEY FOR DEBTOR)

## PRAECIPE TO ENTER APPEARANCE

Please enter my appearance in the above-referenced matter.

                                                        Respectfully submitted,

DATE: December 22, 2021                    /s/Lisa A. Rynard

                                                        _____
                                                        LISA A. RYNARD, ESQUIRE
                                                        240 BROAD STREET
                                                        MONTOURSVILLE, PA 17754
                                                        TELEPHONE: (717) 775-6656
                                                        ATTORNEY ID 92802
                                                        (ATTORNEY FOR DEBTOR)