B2830 (Form 2830)(04/22)

# UNITED STATES BANRUPTCY COURT
## Middle District of Pennsylvania

In re: THOMAS NILES GOLLICK, SR.          Case No. 1-18-03319-HWV

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 328(h), I certify that:

☒   I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050.50* in value in the aggregate.

☐   I have claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050.50* in value in the aggregate.

*Amounts re subject to adjustment on 04/25/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on __9/20/22__      _Rochelle K. Harter_
               Date                         Debtor

                                    Executrix -
                                    Thomas N. Hollick, Sr.

# Will

## THOMAS N. GOLLICK, SR.

I, Thomas N. Gollick, Sr., of Delaware Township, Juniata County, Pennsylvania, declare this to be my last will and revoke any will previously made by me.

**ITEM I** I am a divorced man, with one adult son, Thomas N. Gollick, Jr.

**ITEM II:** I direct that all my just debts and funeral expenses, and all expenses of my last illness, shall be paid from my residuary estate as soon as practicable after my decease as a part of the expense of the administration of my estate.

**ITEM III:** I devise and bequeath my white gold and diamond ring to my son, Thomas N. Gollick, Jr., and I devise and bequeath the residue of my estate of every nature and wherever situate to Rochelle K. Harter.

**ITEM IV:** I direct that all taxes that may be assessed in consequence of my death, of whatever nature and by whatever jurisdiction imposed, shall be paid from my residuary estate as a part of the expense of the administration of my estate.

**ITEM V:** I appoint Rochelle K. Harter to be my executor.

**ITEM VI:** I direct that any fiduciaries appointed under this will shall not be required to give bond for the faithful performance of their duties in any jurisdiction.

Philpott Wilson LLP
21 S. High Street
P.O. Box 116
Duncannon, PA 17020
(717) 834-3087

Jerry A. Philpott, Esq.
Jennifer P. Wilson, Esq.

IN WITNESS WHEREOF, I have hereunto set my hand this July 6, 2017, at Camp Hill, Cumberland County, Pennsylvania.

*[Signature]*
Thomas N. Gollick, Sr.

    The preceding instrument, consisting of this and one other computer printed page identified by the signature of the testator, Thomas N. Gollick, Sr., was on the day and date thereof signed, published and declared by Thomas N. Gollick, Sr., the testator named therein, as and for his last will, in the presence of us, who, at his request, in his presence, and in the presence of each other have subscribed our names as witness hereto.

*[Signature]*
Lertasha Walter
Holy Spirit Hospital
Ortenzio Heart Center

*[Signature]*
Katherine McFadden
Holy Spirit Hospital
Ortenzio Heart Center

Philpott Wilson LLP
227 N. HIGH STREET
P.O. BOX 116
DUNCANNON, PA 17020
(717) 834-3087

Jerry A. Philpott, Esq.
Jennifer P. Wilson, Esq.

Commonwealth of Pennsylvania  }
County of ~~Perry~~ Cumberland

# ACKNOWLEDGMENT

I, *Thomas N. Gollick, Sr.*, the testator whose name is signed to the attached or foregoing instrument, having been duly qualified according to law, do hereby acknowledge that I signed and executed the instrument as my last will; that I signed it willingly; and that I signed it as my free and voluntary act for the purposes therein expressed.

_____
Thomas N. Gollick, Sr.

# AFFIDAVIT

We, Latasha Walters and Katherine McFadden the witnesses whose names are signed to the attached or foregoing instrument, being duly qualified according to law, do depose and say that we were present and saw the testator sign and execute the instrument as his last will; and that he signed willingly, and that he executed it as his free and voluntary act for the purposes therein expressed; and that each of us, in the hearing and sight of the testator, signed the will as witnesses; and that to the best of our knowledge, the testator was at that time eighteen (18) or more years of age, of sound mind and under no constraint or undue influence.

_____
Holy Spirit Hospital
Ortenzio Heart Center

_____
Katherine McFadden
Holy Spirit Hospital
Ortenzio Heart Center

The above acknowledgment and affidavit were sworn to or affirmed and subscribed before me by *Thomas N. Gollick, Sr.*, the testator, and Latasha Walters and Katherine McFadden, witnesses, on Thursday, July 6, 2017.

_____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jennifer P. Wilson, Notary Public
Duncannon Boro, Perry County
My commission expires October 12, 2018

Philpott Wilson LLP
22 N. High Street
P.O. Box 116
Duncannon, PA 17020
(717) 834-3087

Jerry A. Philpott, Esq.
Jennifer P. Wilson, Esq.

3

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH
### WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**P 27298097**
Certification Number

_Garret T Gray_ (signature)   3/4/21
Local Registrar        Date Issued

---

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH

State File Number: **327031-2021**

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Thomas N Gollick Sr |
| 2. Sex | Male |
| 3. Social Security Number | ***-**-8832 |
| 4. Date of Death | February 28, 2021 |
| 5a. Age-Last Birthday (Yrs) | 65 |
| 6. Date of Birth | February 07, 1956 |
| 7a. Birthplace | Mechanicsburg, Pennsylvania |
| 7b. Birthplace (County) | Cumberland |
| 8a. Residence (State) | Pennsylvania |
| 8b. Residence (Street) | 158 Farm Drive |
| 8c. Did Decedent Live in a Township? | Yes, Delaware Township |
| 8d. Residence (County) | Juniata |
| 8e. Residence (Zip Code) | 17094 |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Married |
| 11. Surviving Spouse's Name | Rochelle K. Harter |
| 12. Father / Parent's Name | Peter Gollick Jr. |
| 13. Mother / Parent's Name Prior to First Marriage | Clara Hoffman |
| 14a. Informant's Name | Rochelle K. Harter |
| 14b. Relationship to Decedent | Spouse |
| 14c. Informant's Mailing Address | 158 Farm Drive Thompsontown, PA 17094 |
| 15a. Place of Death | Hospital - Inpatient |
| 15b. Facility Name | Geisinger-Lewistown Hospital |
| 15c. City or Town, State, and Zip Code | Lewistown, Pennsylvania 17044 |
| 15d. County of Death | Mifflin |
| 16a. Method of Disposition | Cremation |
| 16b. Date of Disposition | March 02, 2021 |
| 16c. Place of Disposition | King-Barr Funeral Home, LLC |
| 16d. Location of Disposition | Lewistown, Pennsylvania |
| 17a. Signature of Funeral Service Licensee | Ryan Curtis Pellman (Electronically Signed) |
| 17b. License Number | FD138898 |
| 17c. Name and Complete Address of Funeral Facility | Brown Funeral Homes Inc (McAlisterville), 111 Westfall Street McAlisterville, Pennsylvania 17049 |
| 18. Decedent's Education | High school graduate or GED completed |
| 19. Decedent of Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 20. Decedent's Race | White |
| 21. Decedent's Single Race Self-Designation | White |
| 22a. Decedent's Usual Occupation | Machinist |
| 22b. Kind of Business/Industry | Federal Government |
| 23a. Date Pronounced Dead | February 28, 2021 |
| 23b. Signature of Person Pronouncing Death | Sireesha Vemuri-Reddy MD |
| 23c. License Number | MD453545 |
| 24. Time of Death | 12:02 |
| 25. Was Medical Examiner or Coroner Contacted? | Yes |

### CAUSE OF DEATH

| | Cause | Interval |
|---|---|---|
| a. IMMEDIATE CAUSE | ARDS | 2 days |
| b. | COVID 19 pneumonia | 2 weeks |
| c. | | |
| d. | | |

| Field | Value |
|---|---|
| 27. Was an autopsy performed? | No |
| 28. Were autopsy findings available to complete the cause of death? | — |
| 30. Did Tobacco Use Contribute to Death? | Unknown |
| 31. Manner of Death | Natural |
| 29. If Female | — |
| 35a. Certifier | Pronouncing & Certifying |
| Signature of certifier | Sireesha Vemuri-Reddy (Electronically Signed) |
| Title of certifier | MD |
| License Number | MD453545 |
| 35b. Name, Address and Zip Code of Person Completing Cause of Death | Sireesha Vemuri-Reddy, 400 Highland Avenue Lewistown, Pennsylvania 17044 |
| 35c. Date Signed | March 01, 2021 |
| 40. Registrar's District Number | 34-307 |
| 41. Registrar's Signature | Garret T Gray (Electronically Signed) |
| 42. Registrar File Date | March 02, 2021 |

State Use Only

Disposition Permit No. _____

COMMONWEALTH OF PENNSYLVANIA   SHORT CERTIFICATE
COUNTY OF JUNIATA

I, Alicia A. Seigler, Register of Wills in and for the Probate of Wills and Grant Letters Testamentary County of Juniata, in the Commonwealth of Pennsylvania, do hereby certify that on the 29th day of November, 2021, Letters Testamentary in common form were granted by the Register of said County, on the estate of THOMAS N GOLLICK, SR, late of DELAWARE TOWNSHIP in said county, deceased, to ROCHELLE K HARTER,

And that same has not since been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said office at MIFFLINTOWN, PENNSYLVANIA, this 29th day of November, 2021.

Date of Death        February 28, 2021
File No.             3421-0154
Social Security No.  ▓▓▓-▓▓-8632

*Alicia A. Seigler*
Alicia A Seigler, Register of Wills

ALICIA A. SEIGLER
REGISTER OF WILLS
My Commission Expires
1st Monday of Jan. 2022

**NOT VALID WITHOUT ORIGINAL SIGNATURES AND IMPRESSED SEAL**

