United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Thomas Niles Gollick, Sr  
    Debtor

Case No. 18-03319-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 07, 2022      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Niles Gollick, Sr, 158 Farm Drive, Thompsontown, PA 17094-8963 |
| 5095399 | + | Citizens One Finance, 1 Citizens Dr, Riverside, RI 02915-3000 |
| 5095400 | | David J Apothaker Esquire, 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5095402 | | Geisinger, PO Box 27727, Newark, NJ 07101-7727 |
| 5095392 | | Gollick Thomas Niles Sr, 158 Farm Dr, Thompsontown, PA 17094-8963 |
| 5095404 | | Herschel Lock, 3107 N Front St Ste 200, Harrisburg, PA 17110-1343 |
| 5114047 | + | Herschel Lock, Esq, 3107 N Front St, Harrisburg, PA 17110-1343 |
| 5095405 | | Holy Spirit Hospital, PO Box 822183, Philadelphia, PA 19182-2183 |
| 5095406 | | Holy Spirit Medical Group, PO Box 983143, Boston, MA 02298-3143 |
| 5095393 | # | James P Sheppard Esquire, 2201 N 2nd St, Harrisburg, PA 17110-1007 |
| 5095408 | | Juniata Tax Claim Bureau, PO Box 68, Mifflintown, PA 17059-0068 |
| 5095412 | | MSHMC Physicians Group, PO Box 643313, Pittsburgh, PA 15264-3313 |
| 5095411 | | McKesson Patient Care Solutions, PO Box 645034, Pittsburgh, PA 15264-5034 |
| 5095413 | | Nancy E Diem Delaware Twp Tax Collector, 549 Jones Rd, Mifflintown, PA 17059-8530 |
| 5095416 | | PennState Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5095415 | | Pennian Bank, 2 N Main St, Mifflintown, PA 17059-1003 |
| 5095417 | | Pinnacle Health Emergency, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5095418 | | Rochelle K. Harter, 158 Farm Dr, Thompsontown, PA 17094-8963 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5095394 | | EDI: BANKAMER.COM | Nov 07 2022 23:38:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 5118816 | | EDI: BANKAMER.COM | Nov 07 2022 23:38:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5106928 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2022 18:37:58 | CACH, LLC its successors and assigns as assignee, of First National Bank Omaha, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5097466 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 07 2022 18:37:00 | Citizens Bank N.A., One Citizens Way JCA115, Johnston, RI 02919 |
| 5106444 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2022 18:38:02 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 5095395 | | EDI: RMSC.COM | Nov 07 2022 23:38:00 | Care Credit Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 5101321 | + | Email/Text: bankruptcy@cavps.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Nov 07 2022 18:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5095396 | + | Email/Text: bankruptcy@cavps.com | Nov 07 2022 18:37:00 | Cavalry SPV I, LLC (Citibank, N.A.), 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 5095398 | + | EDI: CITICORP.COM | Nov 07 2022 23:38:00 | Citi Cards Processing Center, Box 6500, Sioux Falls, SD 57117-6500 |
| 5095401 | | Email/Text: bknotice@ercbpo.com | Nov 07 2022 18:37:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 5095407 | | EDI: IRS.COM | Nov 07 2022 23:38:00 | Internal Revenue Service, PO Box 37007, Hartford, CT 06176-7007 |
| 5095397 | | EDI: JPMORGANCHASE | Nov 07 2022 23:38:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 5095409 | + | Email/Text: BKRMailOPS@weltman.com | Nov 07 2022 18:37:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 5095410 | | EDI: RMSC.COM | Nov 07 2022 23:38:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5095414 | | EDI: AGFINANCE.COM | Nov 07 2022 23:38:00 | One Main, PO Box 742536, Cincinnati, OH 45274-2536 |
| 5094082 | + | EDI: RECOVERYCORP.COM | Nov 07 2022 23:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5114960 | + | EDI: RMSC.COM | Nov 07 2022 23:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5095403 | ## | Geisinger Lewistown Hospital, PO Box 983140, Boston, MA 02298-3140 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Nov 09, 2022 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | | |
|---|---|---|
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. | bkgroup@kmllawgroup.com |
| Lisa A Rynard | on behalf of Debtor 1 Thomas Niles Gollick Sr | larynard@larynardlaw.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 Thomas Niles Gollick Sr<br>First Name  Middle Name  Last Name | | Social Security number or ITIN xxx−xx−8632<br>EIN __−_____ |
| Debtor 2<br>(Spouse, if filing) First Name  Middle Name  Last Name | | Social Security number or ITIN ____<br>EIN __−_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 1:18−bk−03319−HWV | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Niles Gollick Sr
aka Thomas Gollick, aka Thomas N Gollick Sr,
aka Tom Golleck

11/7/22

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2